# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

August 13, 2024

Taxed in Favor of: **Appellee Mott Street**

| No. 23-2765 | NIKKOLAI ANDERSON,<br>        Plaintiff - Appellant<br><br>v.<br><br>MOTT STREET,<br>        Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:20-cv-07721<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin | |

The mandate or agency closing letter issued in this cause on August 13, 2024.

BILL OF COSTS issued in the amount of: $139.50.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | $139.50 |
|   | TOTAL: |   | $139.50 |

form name: **c7_BillOfCosts**     (form ID: **140**)